L. E. Robinson and Humphreys & Blackwell, for Relators.

---

H. H. Dickson, Appellant, v. M. O. Overstreet, *et al.*, Appellees.

Appeal from a Decree of the Circuit Court for Orange County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

V. S. Starbuck, for Appellant;

L. C. Massey and C. B. Robinson, for Appellees.

---

P. Tomasello, *et al.*, Plaintiffs in Error, v. State *ex rel.* W. M. Davidson, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Santa Rosa County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Blount & Blount & Carter and H. S. Laird and McGeachy & Lewis, for Plaintiff in Error;

John P. Stokes and Clark & Magaha, for Defendant in Error.